1824

contends that he was denied effective assistance of appellate counsel because counsel failed to raise issues on direct appeal that would have resulted in reversal, specifically, in failing to argue that the warrantless search of defendant's residence and property was unlawful and that trial counsel was ineffective in failing to seek a remedy for an alleged *Rosario* violation. Upon our review of the trial court proceedings, we conclude that the issues may have merit. Therefore, the order of October 10, 2008 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to perfect his appeal on or before March 1, 2010. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

JOSEPH GENTILE, Appellant, v CAROL GENTILE, Respondent. JOSEPH GENTILE, Third-Party Plaintiff-Appellant, v JOSEPH L. KILBRIDGE, ESQ., et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [891 NYS2d 301]— Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CHARLES BRINK, Appellant. [891 NYS2d 302]— Present—Scudder, P.J., Smith, Green and Gorski, JJ.

ROBIN ADAIR et al., Respondents, v MUNICIPAL UTILITY COMMISSION OF VILLAGE OF BATH, Doing Business as BATH ELECTRIC, GAS AND WATER SYSTEMS, et al., Appellants. [891 NYS2d 301]— Present—Hurlbutt, J.P., Fahey, Carni and Pine, JJ.

CHRISTOPHER OURSLER, Individually and as Administrator of the Estate of JULIE OURSLER, Deceased, Appellant, v ROBERT E. BRENNAN, Appellant, and MALBEAT, INC., Doing Business as MALLWITZ'S ISLAND LANES, Respondent. [891 NYS2d 301]— Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY A. BROWN, Appellant. [891 NYS2d 302]— Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.

JOSEPH GENTILE, Appellant, v CAROL GENTILE, Respondent. (Appeal No. 1.) JOSEPH GENTILE, Appellant, v CAROL GENTILE, Respondent. (Appeal No. 2.) [891 NYS2d 301]— Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.